THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY D. WATTERSON, Appellant.

(Submitted November 23, 1931; decided January 5, 1932.)

*George H. Combs, Jr.,* and *John J. Babé,* for appellant.

*Thomas C. T. Crain, District Attorney (Felix C. Benvenga* and *A. A. De Vito* of counsel), for respondent.

Judgment of Appellate Division and that of the Court of General Sessions reversed and new trial ordered on opinion in *People* v. *Reese* (258 N. Y. 89).

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.